Attorney for Plaintiffs, William and Martha Pritchard
John R. Alphin
Strom Law Firm, LLC
2110 Beltline Blvd., Suite A
Columbia, South Carolina 29204
Tel: (803) 252-4800
Fax: (803) 252-4801

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer**<br>**Relates to: 07-02033 CRB** |
| William and Martha Pritchard<br>Plaintiff Name(s),<br><br>           Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>           Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, WILLIAM AND MARTHA PRITCHARD, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: August 14, 2009    By: *John R. Alphin*

John R. Alphin
Attorney for Plaintiffs, William and Martha Pritchard

-1-

| | |
|---|---|
| 1 | |
| 2 | DATED: Oct. 12, 2009    By: _____ |
| 3 | |
| 4 | DLA PIPER LLP (US) |
| 5 | 1251 Avenue of the Americas<br>New York, NY 10020 |
| 6 | Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501 |
| 7 | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/16/09
_____
Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**